AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MOISES RAMIREZ-PEREZ | ) | Case No. 1:22mj9 GRJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 26, 2021__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal Reentry by Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit of Immigration and Customs Enforcement Deportation Officer Abnel Valle, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Abnel Valle, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 2, 2022

*Judge's signature*

City and state: Gainesville, Florida

Gary R. Jones, Magistrate Judge
*Printed name and title*

FILED USDC FLND GV
FEB 2 '22 PM4:06